No. 390. ANDERSON ET AL. *v.* McGILL CLUB.

October 8, 1928. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied for the reason that the Court, upon examination of the unprinted record herein, submitted finds that there is no federal question upon which certiorari can be issued, application for which is therefore also denied. The costs already incurred herein by direction of the Court shall be paid by the clerk from the special fund in his custody, as provided in the order of October 29, 1926. *Gladys Anderson, pro se.* No appearance for respondent.